IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Violation Number 2060188 NE-22 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL W. WILSON, ) | |
| ) | |
| Defendant. ) | |

On the motion of the United States Attorney's Office, the bench warrant in the above-referenced matters is hereby canceled.

ORDERED this 4th day of May, 2011.

BY THE COURT:

THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE